UNITED STATES of America, Plaintiff–Appellee,

v.

Ever VELAZQUEZ–HELSEON, Defendant–Appellant.

No. 12–10651.

United States Court of Appeals, Ninth Circuit.

Submitted July 24, 2013.*

Filed Aug. 1, 2013.

Robert Lawrence Ellman, Esquire, Assistant U.S., Office of the U.S. Attorney, Las Vegas, NV, Elizabeth Olson White, Esquire, Assistant U.S., Office of the U.S. Attorney, Reno, NV, for Plaintiff–Appellee.

Ramon Acosta, Assistant Federal Public Defender, Federal Public Defender's Office, Reno, NV, for Defendant–Appellant.

Before: ALARCÓN, CLIFTON, and CALLAHAN, Circuit Judges.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is

MEMORANDUM **

Ever Velazquez–Helseon appeals from the district court's judgment and challenges the 77–month sentence imposed following his guilty-plea conviction for being a deported alien found unlawfully in the United States, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Velazquez–Helseon contends that his sentence is substantively unreasonable, because (i) the 16–level enhancement resulted in a Guidelines range that overstates the seriousness of his offense, and (ii) his sentence is substantially longer than the 15–month sentence he received for a prior immigration offense. The district court did not abuse its discretion in imposing Velazquez–Helseon's sentence. *See Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007). Notwithstanding the length of Velazquez–Helseon's previous sentence, his current sentence at the bottom of the Guidelines range is substantively reasonable in light of the 18 U.S.C. § 3553(a) sentencing factors and the totality of the circumstances, including his violent criminal history and two prior deportations. *See id.*

**AFFIRMED.**

suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.